STANBACK v. STANBACK

No. 103 PC.

Case below: 23 N.C. App. 167.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 December 1974.

STATE v. ALDERMAN

No. 147 PC.

Case below: 23 N.C. App. 557.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.

STATE v. CRABTREE

No. 3.

Case below: 23 N.C. App. 491.

Appeal of defendant treated as a petition for writ of certiorari and allowed 30 December 1974.

STATE v. GATEWOOD

No. 99 PC.

Case below: 23 N.C. App. 211.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

STATE v. GRACE

No. 136 PC.

Case below: 23 N.C. App. 517.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 December 1974.